## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:12CR75** |
| | ) | |
| **v.** | ) | **FINDINGS AND RECOMMENDATION** |
| | ) | **AND** |
| **WILLIAM M. ROGERS,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

At the conclusion of the hearing on June 28, 2012, on the defendant's motion to suppress, I stated my conclusions on the record and my decision to recommend that the motion to suppress, as amended, be denied.  In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Lyle E. Strom, Senior United States District Judge, that the motion to suppress, Filing No. 25, as amended by Filing No. 26, be denied as set forth in the oral Findings and Recommendation.

**FURTHER, IT IS ORDERED:**

Pursuant to NECrimR 59.2 any objection to this Findings and Recommendation shall be filed with the Clerk of the Court within fourteen (14)  days after the transcript is available to counsel for reading in the clerk's office.  Failure to timely object may constitute a waiver of any such objection.  The brief in support of any objection shall be filed at the time of filing such objection.  Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 28th day of June, 2012.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge